IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-535-AP**

**RABIHA CHARAFEDDINE,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion for Leave to File Answer out of Time (doc. #8), filed May 3, 2012, is **GRANTED**.  Defendant's Answer is accepted as timely filed as of May 3, 2012.

Dated:  May 15, 2012