IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00535-AP

RABIHA CHARAFEDDINE,
    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,
    Defendant.

---

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Chris R. Noel | John F. Walsh |
| 3000 Pearl Street, #212 | United States Attorney |
| Boulder, Colorado 80301-2431 | |
| 303-449-6503 | William G. Pharo |
| chrisildar@comcast.net | Assistant United States Attorney |
| | District of Colorado |
| | |
| | M. Thayne Warner |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street, |
| | Denver, Colorado 80202 |
| | (303) 844-7237 |
| | thayne.warner@ssa.gov |

2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.   DATES OF FILING OF RELEVANT PLEADINGS

| | | |
|---|---|---|
| A. | Date Complaint was filed: | March 1, 2012 |
| B. | Date Complaint was served on U.S. Attorney's Office: | March 2, 2012 |
| C. | Date Answer and Administrative Record were filed: | May 3, 2012 |

4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Plaintiff states that the administrative record cannot be vouched for until it has been completely and finally reviewed after filing Plaintiff's opening brief.

Defendant, to the best of his knowledge, states that the administrative record is complete and accurate.

5.   STATEMENT REGARDING ADDITIONAL EVIDENCE

Plaintiff states that additional evidence may be required depending on what a review of the record reveals. See paragraph four above.

Defendant does not intend to submit additional evidence. In the event Plaintiff seeks to supplement the record, Defendant requests an opportunity to review the additional evidence and an opportunity to respond to Plaintiff's request to supplement the record.

6.   STATEMENT REGARDING WHETHER THIS CASES RAISES UNUSUAL CLAIMS OR DEFENSES

Plaintiff reiterates her caveat regarding the administrative record.

Defendant, to the best of his knowledge, does not believe the cases raises unusual claims or defenses.

7.   OTHER MATTERS

The parties have no other matters to bring to the attention of the Court.

8.  BRIEFING SCHEDULE

    The parties respectfully request the following briefing schedule:

    A.  Plaintiff's opening brief due             July 2, 2012
    B.  Defendant's response brief due            August 2, 2012
    C.  Plaintiff's reply brief due               August 16, 2012

9.  STATEMENTS REGARDING ORAL ARGUMENT

    A.  Plaintiff does request oral argument.
    B.  Defendant does not request oral argument.

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. OTHER MATTERS

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.L.CivR. 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON ALL ATTORNEYS OF RECORD AND ALL *PRO SE* PARTIES.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED this 24th day of May, 2012.

                                            BY THE COURT:


                                            *s/John L. Kane*
                                            U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Chris R. Noel | JOHN F. WALSH |
| Chris R. Noel | United States Attorney |
| 3000 Pearl Street, #212 | |
| Boulder, Colorado 80301-2431 | WILLIAM G. PHARO |
| 303-449-6503 | Assistant United States Attorney |
| | District of Colorado |
| | |
| | s/ M. Thayne Warner |
| | M. Thayne Warner |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street |
| | Denver, Colorado 80202 |
| | (303) 844-7237 |